'PETERS, Movant, v. LOUISVILLE & NASHVILLE RAILROAD COMPANY, Opposed.

Court of Appeals of Kentucky.

(Decided March 20, 1936.)

JAMES SAMPSON and DAVIS, BOEHL, VISER & MARCUS for movant.

ASHBY M. WARREN, LOW & BRYANT and J. C. BAKER opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

Whole court sitting.

BOMAR-SUMMERS HARDWARE CO., Movant, v. EIGELBACH, Opposed.

Court of Appeals of Kentucky.

.(Decided March 24, 1936.)

WOODWARD, DAWSON & HOBSON and WILBUR FIELDS for movant.

FINLEY F. GIBSON, JR., opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

JAMES & W. R. SEXTON, Movant, v. GRISSOM-RAKESTRAW LUMBER CO., Opposed.

Court of Appeals of Kentucky.

(Decided March 24, 1936.)

B. J. BETHURUM and CHARLES N. HOBSON for movant.

BEN V. SMITH & SON opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.